UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>         Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK (HRA), ET AL.,<br><br>         Defendants. | 19-CV-11259 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 17, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  December 17, 2019
    New York, New York

                     COLLEEN McMAHON
                     Chief United States District Judge